IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

SUZANNE HOLENA
SSAN: XXX-XX-1817

Debtor(s)

Case No. 16-32974-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on October 21, 2016.

2. The debtor(s) §341 Meeting of Creditors was held December 08, 2016.

3. The debtor(s) overall pay record is 63%.

**(X)** Debtor was to amend Schedule I to reflect her new employer and income with Prime Time Healthcare.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this January 17, 2017.

        Sabrina L. McKinney
        Acting Chapter 13 Trustee

By: /s/*Tina J. Hayes*
    Tina J. Hayes
    Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this January 17, 2017.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>           RICHARD D SHINBAUM | /s/*Tina J. Hayes*<br>_____<br>Tina J. Hayes<br>Staff Attorney |