IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | ) | |
| SUZANNE HOLENA | ) | |
| SSN: XXX-XX- | ) | Case No.-16-32974-DHW |
|     Debtor | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Petitioner, Varlesia Austin, by and through her attorneys, pursuant to her civil action claim against the debtor, Suzanne Holena, filed in the Circuit Court of Jefferson County, AL., on August 5, 2016, Case No.: (CV-16-902871) for liability insurance coverage and moves this Honorable Court for the following relief:

1. That on or about the 27th day of June, 2015, upon a public highway, to-wit: Finley Boulevard at or near Arkadelphia Road in the City of Birmingham, County of Jefferson, State of Alabama, Suzanne Holena negligently permitted, allowed, or caused her 2013 Kia Rio to collide with a vehicle occupied by Varlesia Austin by running a red light.

2. Suzanne Holena was operating said vehicle that was covered with automobile insurance at the time of the collision.

3. That a claim for personal injuries has been filed against Suzanne Holena for her insurance coverage with Farmer's Insurance which was in full force and effect at the time of the subject collision.

4. That Suzanne Holena is a necessary party to said action in that judgment must be entered against Suzanne Holena in order for relief to be granted under Farmer's Insurance Company's Bodily Injury Clause. Petitioner moves this Honorable Court to grant relief from

automatic stay to continue pursuit of her claim against the debtor for liability insurance coverage.

**WHEREFORE,** Petitioner prays this Court will grant the relief requested and any such other relief this Court should deem necessary.

/s/ Rachel C. Buck
Frank S. Buck (BUC001)
J. Brooks Leach (LEA009)
Rachel C. Buck (BUC027)
Lindsay Hewitt (NAD003)
Attorneys for Plaintiff

**OF COUNSEL:**
FRANK S. BUCK, P.C.
2160 14th Avenue South
P.O. Box 55089
Birmingham, Alabama 35255-5089
(205) 933-7533

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 21st day of August, 2017, served a copy of the foregoing upon all counsel of record, by using ALAFILE, the CM/ECF system, facsimile, hand delivery and/or by placing a copy of the same in the United States mail, first class postage prepaid to the following:

All creditors listed on the Creditor Matrix attached as Exhibit A.

David R. Wells
WHITAKER, MUDD, LUKE & WELLS, L.L.C.
2011 4th Ave. N.
Birmingham, Alabama 35203

/s/ Rachel C. Buck
OF COUNSEL